IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNSON CARTER,

    Plaintiff,

v.

CONNIE ELBE, DEREK DURANTE,
KRISTY ZANDER and
STATE OF WISCONSIN,

    Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-177-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Johnson Carter leave to proceed and dismissing this case for failure to state a federal claim upon which relief can be granted.

| /s/ | 5/23/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |